CHARLES SMITH AND ADDIE SMITH v. THE KANSAS CITY ELEVATED
RAILWAY COMPANY *et al.* No. 11,575. (60 Pac. 1059.) Error
from Wyandotte court of common pleas. Opinion filed May 5,
1900. *Affirmed.* H. G. Pope, C. C. Dail, and L. F. Bird, for
plaintiffs in error. Miller, Buchan & Morris, for defendants in
error.

LIZZIE A. ROWE v. WILLIAM H. ROWE, *a Minor, et al.* No. 11,588.
(60 Pac. 1049.) Error from Jefferson district court. Opinion
filed May 5, 1900. *Affirmed.* H. T. Phinney, and Henry Ellis-
ton, for plaintiff in error. G. W. Lowman, and Morris & Case-
bier, for defendants in error.

JOHN S. BRANNER v. JOSIE WEBB AND MILLIE NICHOLS. No. 11,619.
(60 Pac. 1130.) Error from Jackson district court. Opinion
filed May 5, 1900. *Reversed.* Isenhart & Alexander, and Wm.
R. Hazen, for plaintiff in error. Keeler & Hite, for defendants
in error.

THE STATE OF KANSAS v. JOHN OTTEN. No. 11,710. (60 Pac. 1132.)
Appeal from court of appeals, southern department. Opinion
filed May 5, 1900. *Dismissed.* G. R. Gard, county attorney,
and I. A. Gard, for The State. Oscar Foust & Son, for appel-
lant.